**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

JAMES EDWARD MCCONNELL,
Debtor,

NEIL C. GORDON, Chapter 7 Trustee for
the Estate of James Edward McConnell,
Appellant,

vs.

JAMES EDWARD MCCONNELL; NANCY
J. GARGULA,,
Appellees.

BANKRUPTCY CASE NO.
19-67128-PWB

ADVERSARY NO.

CIVIL ACTION FILE
NO.  1:21-cv-00304-AT

**J U D G M E N T**

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of the appeal of the bankruptcy order entered January 4, 2021, and the court having rendered its decision, it is

**Ordered and Adjudged** that the order of the bankruptcy court is **affirmed** in part and **reversed** in part. The matter is **REMANDED** to the bankruptcy court for further proceedings consistent with this Court's Order.

Dated at Atlanta, Georgia this 11th day of March, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/Velma Shanks
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 11, 2022
Kevin P. Weimer Clerk
of Court

By:____s/ Velma Shanks____
Deputy Clerk